CASE 0:18-cr-00070-PJS   Doc. 11   Filed 06/28/22   Page 1 of 2

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

United States of America,

Plaintiff,

v.

Case No. 0:18-cr-00070-PJS(Dft 1)

Herman N Smith,

Defendant.

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Herman N Smith,

who is accused of an offense or violation based on the following document filed with the court:   ( ) Order of Court   ( ) Indictment   ( ) Superseding Indictment   ( ) Information   ( ) Superseding Information   ( ) Complaint   ( ) Probation Violation Petition   ( X ) Supervised Release Violation Petition   ( ) Pretrial Violation Petition

This offense is briefly described as follows:
Violation of Supervised Release

Date:   June 28, 2022

*M. Fogarty*

Kate M. Fogarty, Clerk of Court

City and state:   Minneapolis, MN

*Printed name and title*

**RECEIVED JUL 08 2022 CLERK, U.S. DISTRICT COURT ST. PAUL, MINNESOTA**

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____

at *(city and state)* _____.

Date: _____

ARRESTED ON 6/28/2022
ARRESTED BY San Diego Co SD-SYCA
U.S. MARSHAL
DISTRICT OF MINNESOTA
BY _____

*Arresting officer's signature*

*Printed name and title*

**SCANNED JUL 0 8 2022 CK U.S. DISTRICT COURT ST. PAUL**